IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN EDWARDS, an individual;<br>NANCY EDWARDS, an individual;<br>ENVIRONMENTAL LAW FOUNDATION, a<br>non-profit organization<br><br>           Plaintiffs,<br><br>      v.<br><br>THE CITY OF COLFAX, a municipal<br>corporation,<br><br>           Defendant. | 2:07-cv-02153-GEB-EFB<br><br>ORDER DENYING PARTIES'<br>REQUEST FOR COURT<br>SETTLEMENT CONFERENCE |

On March 26, 2008, the parties filed a "Joint Stipulation and [Proposed] Order" in which they request a judge supervised "Settlement Conference" be scheduled in April 2008. The parties' request is denied because of the expedited basis on which they seek to have a judicial settlement conference scheduled. Instead, the parties may consider stipulating to Voluntary Dispute Resolution, wherein the speedy resolution sought could be achieved.

Dated: March 28, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28