**FRANKLIN G. GUMPERT, #66051**
**BARKETT & GUMPERT**
**Attorneys at Law**
2862 Arden Way, Suite 101
Sacramento, CA  95825
Telephone: (916) 481-3683
Facsimile: (916) 481-3948

Attorneys for Defendant
CITY OF COLFAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN EDWARDS, an individual; NANCY EDWARDS, an individual; and ENVIRONMENTAL LAW FOUNDATION, a non-profit organization,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>THE CITY OF COLFAX, a municipal corporation,<br><br>　　　　Defendants.<br>_____/ | No. 2:07-CV-02153 GEB EFB<br><br>SUBSTITUTION OF ATTORNEYS FOR DEFENDANT |

　　　　Defendant CITY OF COLFAX hereby substitutes Stephen E. Horan of Porter Scott as counsel in place of Franklin G. Gumpert of Barkett & Gumpert.

DATED: April 29, 2008          CITY OF COLFAX

　　　　　　　　　　　　　　　　　By:   /s/ Joan Philippe
　　　　　　　　　　　　　　　　　　　　JOAN PHILIPPE

　　　　I consent to this substitution.

DATED: April 23, 2008          BARKETT & GUMPERT
　　　　　　　　　　　　　　　　　Attorneys at Law

　　　　　　　　　　　　　　　　　By:   /s/ Franklin G. Gumpert
　　　　　　　　　　　　　　　　　　　　FRANKLIN G. GUMPERT, #66051
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　CITY OF COLFAX

1 | I accept the above substitution.
2 | DATED: April 23, 2008        PORTER SCOTT
3 |
4 |                          By:  /s/ Stephen E. Horan
    |                              STEPHEN E. HORAN, #125241
    |                              Attorneys for Defendant
5 |                              CITY OF COLFAX
6 |
    Approved.
7 |
    Dated: May 1, 2008
8 |
9 |                              _____
10|                              GARLAND E. BURRELL, JR.
    |                              United States District Judge