UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
ALLEN EDWARDS, an individual;      )
NANCY EDWARDS, an individual;      )   2:07-cv-02153-GEB-EFB
ENVIRONMENTAL LAW FOUNDATION, a    )
non-profit organization,           )   ORDER SCHEDULING
                                   )   SETTLEMENT CONFERENCE
            Plaintiffs,            )
                                   )
     v.                            )
                                   )
THE CITY OF COLFAX, a municipal    )
corporation,                       )
                                   )
            Defendant.             )
_____)
```

On June 23, 2008, the parties filed a joint request for a settlement conference, which they sought to have scheduled before the assigned magistrate judge in July 2008.  Magistrate Judge Edmund F. Brennan has agreed to conduct a settlement conference in this action when he is available in August.  Therefore, a settlement conference is scheduled before the Honorable Edmund F. Brennan on August 14, 2008, at 10:00 a.m.  Each party shall have a principal with authority to settle the case on any terms present at the settlement conference, as well as a representative of any insurer having arguable coverage of matters involved in this lawsuit.

In addition, each party is directed to submit a settlement conference statement directly to the chambers of Magistrate Judge Brennan five (5) court days prior to the settlement conference.  Such statements shall not be filed with the clerk nor served on opposing counsel.  However, each party shall notify the other party or parties that the statement has been submitted to the judge's chambers.

IT IS SO ORDERED.

Dated: June 26, 2008

GARLAND E. BURRELL, JR.
United States District Judge