UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALLEN EDWARDS, an individual;<br>NANCY EDWARDS, an individual;<br>ENVIRONMENTAL LAW FOUNDATION,<br>a non-profit organization,<br><br>          Plaintiffs,<br><br>    v.<br><br>THE CITY OF COLFAX, a municipal<br>corporation,<br><br>          Defendant. | 2:07-cv-02153-GEB-EFB<br><br>ORDER |

The parties' Stipulation to Dismiss and Proposed Order filed January 14, 2009, is unclear as to whether they intend to consent to this action being assigned to the Magistrate Judge. The referenced Stipulation indicates that is the parties' desire. This matter shall be clarified in a filing due no later than January 22, 2009.

Dated: January 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge