Daniel Cooper (Bar No. 153576)
Layne Friedrich (Bar No. 195431)
LAWYERS FOR CLEAN WATER, INC.
1004 O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: cleanwater@sfo.com
       layne@lawyersforcleanwater.com

Lynne Saxton (Bar No. 226210)
ENVIRONMENTAL LAW FOUNDATION
1736 Franklin St 9th Fl
Oakland, CA 94612
Telephone: (510) 208-4555
Facsimile: (510) 208-4562
Email: lsaxton@envirolaw.org

Attorneys for Plaintiffs
Allen and Nancy Edwards and Environmental Law Foundation

Donald B. Mooney (Bar No. 153721)
LAW OFFICE OF DONALD B. MOONEY
129 C Street, Suite 2
Davis, CA  95616
Telephone:  (530) 758-2377
Facsimile:   (530) 758-7169
Email: dbmooney@dcn.org

Attorney for Plaintiffs
Allen and Nancy Edwards

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN EDWARDS, an individual; NANCY EDWARDS, an individual; and ENVIRONMENTAL LAW FOUNDATION, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF COLFAX, a municipal corporation,<br><br>Defendant. | Civil Case No.:  2:07-CV-02153-GEB-EFB<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE; SETTLEMENT AGREEMENT; ORDER;** |

1     Plaintiffs Allen Edwards, Nancy Edwards, and Environmental Law Foundation (collectively

2 "Plaintiffs") and Defendant the City of Colfax ("Colfax") by and through their attorneys of record,

3 hereby enter into this stipulation, dismissal with prejudice, and settlement agreement.

4     WHEREAS, Plaintiffs and Defendant (the "Parties") have entered into a settlement agreement

5 ("Settlement Agreement" or "Agreement") that achieves a full and final settlement of all Plaintiffs'

6 claims against Defendant as set forth in Civil Case No. 2:07-CV-02153 GEB (EFB) (hereinafter

7 "Complaint");

8     WHEREAS, a copy of the Agreement is incorporated herein and attached as Exhibit A to this

9 stipulated dismissal and order;

10     NOW THEREFORE, the Parties jointly stipulate as follows:

11     1.    All claims alleged in Plaintiffs' Complaint against Colfax as set forth in Civil Case No.

12 2:07-CV-02153 GEB (EFB) are dismissed with prejudice.

13     2.    The Parties respectfully request that the Honorable Edmund F. Brennan retain jurisdiction

14 over Civil Case No. 2:07-CV-02153 GEB (EFB) for the purpose of resolving any disputes between the

15 Parties with respect to enforcement of any provision of the terms of the Agreement.

16 Dated: November ___, 2008

17                                                           LAWYERS FOR CLEAN WATER, INC.

19                                                           By:_____

20                                                           Daniel Cooper
21                                                           Layne Friedrich
22                                                           Attorneys for Plaintiffs

23                                                           DOWNEY BRAND LLP

25                                                           By:_____ ____

26                                                           Melissa Thorme
27                                                           Nicole Granquist
28                                                           Attorneys for Defendant

**ORDER**

Based on the above stipulation of the Parties,

IT IS HEREBY ORDERED that Plaintiffs' claims against Defendant as set forth in Civil Case No. 2:07-CV-02153 GEB (EFB) are dismissed with prejudice.

IT IS FURTHER ORDERED that the District Court, through Magistrate Brennan, shall retain jurisdiction over Civil Case No. 2:07-CV-02153 GEB (EFB) for the sole purpose of enforcing compliance by the Parties with the terms of the Agreement attached as Exhibit A to the Parties' Stipulation to Dismiss with Prejudice.

IT IS SO ORDERED.

1/22/09

_____
GARLAND E. BURRELL, JR.
United States District Judge