DOWNEY BRAND LLP
NICOLE E. GRANQUIST (Bar No. 199017)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
ngranquist@downeybrand.com

Attorneys for Defendant
CITY OF COLFAX

Daniel Cooper (Bar No. 153576)
Samantha Williams (Bar No. 251344)
LAWYERS FOR CLEAN WATER, INC.
1004 O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: daniel@lawyersforcleanwater.com

Attorneys for Plaintiffs
Allen and Nancy Edwards and Environmental Law
Foundation

*Additional Plaintiffs counsel of record listed below*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN EDWARDS, an individual; NANCY EDWARDS, an individual; and ENVIRONMENTAL LAW FOUNDATION, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF COLFAX, a municipal corporation,<br><br>Defendant. | Civil Case No.:  2:07-CV-02153-GEB-EFB<br><br>**STIPULATION TO EXTEND HEARING DATE ON PLAINTIFFS' MOTION FOR AN ORDER FINDING COLFAX IN CIVIL CONTEMPT, OR IN THE ALTERNATIVE, AN ORDER TO SHOW CAUSE WHY COLFAX SHOULD NOT BE HELD IN CIVIL CONTEMPT; ORDER**<br><br>Hearing Date:  March 17, 2010<br>Time: 10:00 a.m.<br>Courtroom: 24 (Magistrate Brennan) |

DOWNEY BRAND LLP

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOWNEY BRAND LLP

Lynne Saxton (Bar No. 226210)
ENVIRONMENTAL LAW FOUNDATION
1736 Franklin St 9th Fl
Oakland, CA 94612
Telephone: (510) 208-4555
Facsimile: (510) 208-4562
Email: lsaxton@envirolaw.org

Attorneys for Plaintiffs
Allen and Nancy Edwards and Environmental Law Foundation

Donald B. Mooney (Bar No. 153721)
LAW OFFICE OF DONALD B. MOONEY
129 C Street, Suite 2
Davis, CA  95616
Telephone:  (530) 758-2377
Facsimile:   (530) 758-7169
Email: dbmooney@dcn.org

Attorney for Plaintiffs
Allen and Nancy Edwards

2

1  Plaintiffs ALLEN AND NANCY EDWARDS and ENVIRONMENTAL LAW

2  FOUNDATION ("Plaintiffs") and Defendant CITY OF COLFAX ("Defendant") hereby stipulate

3  to extend the date for the hearing on Plaintiffs' Motion for An Order Finding Colfax in Civil

4  Contempt, or in the Alternative, An Order to Show Cause Why Colfax Should Not Be Held in

5  Civil Contempt, from March 17, 2010 to April 14, 2010.

6  Counsel for Defendant originally requested an extension of the hearing date from March

7  17, 2010 to the week of March 29, 2010 due to professional and personal scheduling conflicts, to

8  which Plaintiffs' counsel consented.  Counsel for Defendant then learned that the Honorable

9  Magistrate Brennan will be unavailable from March 29, 2010 through April 9, 2010.  Therefore,

10  the parties agreed to extend the hearing date to the next available hearing date, which is April 14,

11  2010.

12  Plaintiffs and Defendant submit this stipulation pursuant to Local Rule 230(f), which

13  requires that requests for continuances of scheduled hearings via stipulation be made at least

14  seven (7) days before the original hearing date.

15  DATED:  March 2, 2010                    DOWNEY BRAND LLP

17  By:_____/s/ Nicole E. Granquist_____
18  NICOLE E. GRANQUIST
   Attorney for Defendant
19  CITY OF COLFAX

20  DATED:  March 2, 2010                    LAWYERS FOR CLEAN WATER, INC.

22  By:_____/s/ Daniel Cooper_____
23  DANIEL COOPER
   Attorney for Plaintiffs
24  ALLEN AND NANCY EDWARDS and
   ENVIRONMENTAL LAW FOUNDATION

DOWNEY BRAND LLP

STIPULATION TO EXTEND HEARING DATE ON PLAINTIFFS' MOTION RE CONTEMPT; [PROPOSED] ORDER

**ORDER**

In accordance with Local Rule 230(f), the parties to this action submitted a stipulated request to extend the hearing date on Plaintiffs' Motion for An Order Finding Colfax in Civil Contempt, or in the Alternative, An Order to Show Cause Why Colfax Should Not Be Held in Civil Contempt, from March 17, 2010 to April 14, 2010.

Having considered the parties' stipulated request, and GOOD CAUSE SHOWING, the Court hereby grants the stipulated request, and extends the hearing date on Plaintiffs' motion to April 14, 2010 at 10:00 a.m. in Courtroom No. 24.

IT IS SO ORDERED.

DATED:  March 5, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

DOWNEY BRAND LLP

4