1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALLEN EDWARDS, an individual; NANCY
     EDWARDS, an individual; and
11   ENVIRONMENTAL LAW FOUNDATION, a
     non-profit organization,                        No. CIV S-07-2153 GEB EFB
12
                Plaintiffs,
13
            vs.
14
     CITY OF COLFAX, a municipal
15   corporation,                                     ORDER

16              Defendant.
     _____/
17

18          This closed action is before the undersigned pursuant to a November 2008 settlement

19   agreement entered into between the parties and a January 23, 2009 order stating "that the District

20   Court, through Magistrate Brennan, shall retain jurisdiction over Civil Case No. 2:07-CV-02153

21   GEB (EFB) for the sole purpose of enforcing compliance by the Parties with the terms of the

22   Agreement attached as Exhibit A to the Parties' Stipulation to Dismiss with Prejudice." Dckt.

23   No. 42.  On April 14, 2010, the undersigned heard plaintiffs' motion for an order finding

24   defendant in civil contempt for violation of the settlement agreement, Dckt. No. 43, and

25   defendant's motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)

26   or for declaratory relief, Dckt. No. 52.  Attorneys Daniel Cooper, Donald Mooney and Samantha

                                               1

Williams appeared at the hearing on behalf of plaintiffs; attorneys Nicole Granquist and Melissa Thorme appeared on behalf of defendant.

As stated on the record, and for the reasons stated on the record, defendant's motion for relief from judgment, Dckt. No. 52, is denied.  Additionally, plaintiffs' motion for an order finding defendant in civil contempt, Dckt. No. 43, which the court will construe as a motion for an order enforcing the settlement agreement, will be granted.  Plaintiffs will be entitled to recover some of the stipulated penalties plaintiffs seek pursuant to the settlement agreement, reasonable attorney's fees, and appropriate injunctive relief to compel defendant's compliance with the settlement agreement.  An evidentiary hearing will be held on July 1, 2010, at 9:30 a.m. in Courtroom No. 24, to determine the appropriate injunctive relief.  Defendant shall submit a declaration regarding the appropriate injunctive relief on or before June 1, 2010 and plaintiffs shall submit a declaration on or before June 15, 2010.  After the evidentiary hearing, the undersigned will determine what injunctive relief is appropriate, as well as what monetary penalties to award to plaintiffs and how to allocate those penalties, and what attorney fees are reasonable to award to plaintiffs.[1]

SO ORDERED.

DATED:  April 22, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1]  Although the court indicated at the April 14 hearing that the amount of monetary penalties to award to plaintiffs would be decided prior to the evidentiary hearing, some of the penalties will likely be ordered used to implement further injunctive relief that may be awarded. Therefore, the court will instead determine the appropriate amount of monetary penalties in conjunction with any injunctive relief issues after the evidentiary hearing.