Daniel Cooper (Bar No. 153576)
Caroline Koch (Bar No. 266068)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: daniel@lawyersforcleanwater.com
       caroline@lawyersforcleanwater.com

Attorneys for Plaintiffs
Allen and Nancy Edwards and Environmental Law Foundation

DOWNEY BRAND LLP
NICOLE E. GRANQUIST (Bar No. 199017)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
ngranquist@downeybrand.com

Attorneys for Defendant
CITY OF COLFAX

*Additional Plaintiffs counsel of record listed below*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN EDWARDS, an individual; NANCY EDWARDS, an individual; and ENVIRONMENTAL LAW FOUNDATION, a non-profit organization,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CITY OF COLFAX, a municipal corporation,<br><br>    Defendant. | Civil Case No.: 07-CV-02153-GEB-EFB<br><br>**STIPULATION TO EXTEND HEARING DATE OF FURTHER STATUS CONFERENCE; ORDER**<br><br>Magistrate Judge Edmund F. Brennan<br><br>Hearing Date: June 29, 2011<br>Time: 10:00 AM<br>Courtroom: 24 |

Stipulation to Extend Further Status Conference; Order                Civil Case No.: 07-CV-02153-GEB-EFB

Lynne Saxton (Bar No. 226210)
ENVIRONMENTAL LAW FOUNDATION
1736 Franklin Street, 9th Floor
Oakland, California 94612
Telephone: (510) 208-4555
Facsimile: (510) 208-4562
Email: lsaxton@envirolaw.org

Attorneys for Plaintiffs
Environmental Law Foundation

Donald B. Mooney (Bar No. 153721)
LAW OFFICE OF DONALD B. MOONEY
129 C Street, Suite 2
Davis, California 95616
Telephone: (530) 758-2377
Facsimile: (530) 758-7169
Email: dbmooney@dcn.org

Attorney for Plaintiffs
Allen and Nancy Edwards

1  Plaintiffs Allen Edwards and Nancy Edwards and Environmental Law Foundation (collectively
2  "Plaintiffs") and Defendant City of Colfax ("Colfax") hereby stipulate to extend the date for the Further
3  Status Conference from June 29, 2011 to July 6, 2011.

4  During the Quarterly Status Conference held on 25 May 2011, the Court scheduled a Further
5  Status Conference on 29 July 2011. The Court also ordered that the parties submit a further joint status
6  conference statement by no later than 24 June 2011. Counsel for Plaintiffs requested an extension of the
7  Further Status Conference date 29 June 2011 to 6 July 2011 due to professional scheduling conflicts, to
8  which counsel for Colfax consented. The parties also agree to submit the further joint status conference
9  statement three days prior to the 6 July 2011 hearing date consistent with the Court's previous order, or
10 1 July 2011.

11 Plaintiffs and Colfax submit this stipulation pursuant to Local Rule 230(f), which requires that
12 requests for continuances of scheduled hearings via stipulation be made at least seven (7) days before
13 the original hearing date.

15 Dated: 16 June 2011                    Lawyers for Clean Water, Inc.

                                         By:   /s/Daniel Cooper
                                         Daniel Cooper
                                         Attorneys for Plaintiffs

19 Dated: 16 June 2011                    Downey Brand LLP

                                         By:   /s/Nicole Granquist
                                         Nicole Granquist
                                         Attorney for Defendant
                                         City of Colfax

Stipulation to Extend Further Status Conference; Order   - 1 -   Civil Case No.: 07-CV-02153-GEB-EFB

**ORDER**

In accordance with Local Rule 230(f), the parties to this action submitted a stipulated request to extend the hearing date on the Further Status Conference from June 29, 2011 to July 6, 2011.

Having considered the parties' stipulated request, and GOOD CAUSE SHOWING, the Court hereby grants the stipulated request, and extends the hearing date on the Further Status Conference to July 6, 2011. The parties shall file a further joint status report by no later than July 1, 2011.

IT IS SO ORDERED.

DATED: June 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE