Daniel Cooper (Bar No. 153576)
Caroline Koch (Bar No. 266068)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: daniel@lawyersforcleanwater.com
         caroline@lawyersforcleanwater.com

Attorneys for Plaintiffs
Allen and Nancy Edwards and Environmental Law Foundation

DOWNEY BRAND LLP
NICOLE E. GRANQUIST (Bar No. 199017)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
ngranquist@downeybrand.com

Attorneys for Defendant
CITY OF COLFAX

*Additional Plaintiffs counsel of record listed below*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN EDWARDS, an individual; NANCY EDWARDS, an individual; and ENVIRONMENTAL LAW FOUNDATION, a non-profit organization,<br><br>             Plaintiffs,<br><br>       v.<br><br>THE CITY OF COLFAX, a municipal corporation,<br><br>             Defendant. | Civil Case No.: 07-CV-02153-GEB-EFB<br><br>**STIPULATION TO EXTEND HEARING DATE OF QUARTERLY STATUS CONFERENCE; ORDER**<br><br>Magistrate Judge Edmund F. Brennan<br><br>Hearing Date: September 7, 2011<br>Time: 10:00 AM<br>Courtroom: 24 |

Lynne Saxton (Bar No. 226210)

1 | ENVIRONMENTAL LAW FOUNDATION
2 | 1736 Franklin Street, 9th Floor
   | Oakland, California 94612
3 | Telephone: (510) 208-4555
   | Facsimile: (510) 208-4562
4 | Email: lsaxton@envirolaw.org

5 | Attorneys for Plaintiffs
   | Environmental Law Foundation
6 |
7 | Donald B. Mooney (Bar No. 153721)
   | LAW OFFICE OF DONALD B. MOONEY
8 | 129 C Street, Suite 2
   | Davis, California 95616
9 | Telephone: (530) 758-2377
   | Facsimile: (530) 758-7169
10 | Email: dbmooney@dcn.org

11 |
   | Attorney for Plaintiffs
12 | Allen and Nancy Edwards

Stipulation to Extend Further Status Conference; Order        Civil Case No.: 07-CV-02153-GEB-EFB

1    Plaintiffs Allen Edwards and Nancy Edwards and Environmental Law Foundation (collectively
2 "Plaintiffs") and Defendant City of Colfax ("Colfax") hereby stipulate to extend the date for the
3 Quarterly Status Conference from September 7, 2011 to September 14, 2011.

4    The Quarterly Status Conference in the above-captioned matter was initially scheduled for
5 August 31, 2011.  *See* Civil Minutes, Dkt. No. 148.  On August 29, 2011, the Court issued a minute
6 order continuing the Quarterly Status Conference to September 7, 2011.  *See* Minute Order, Dkt. No.
7 153.  Due to Plaintiffs' counsel's professional scheduling conflicts the parties stipulate to extend the
8 hearing date on the Quarterly Status Conference from September 7, 2011 to September 14, 2011.  The
9 parties submitted supplemental status reports on August 24, 2011 pursuant to the Court's order. *See*
10 Civil Minutes, Dkt. No. 148; Plaintiffs' Supplemental Status Report, Dkt. No. 151; Defendant's
11 Supplemental Status Report, Dkt. No. 152.

12   Plaintiffs and Colfax submit this stipulation pursuant to Local Rule 230(f), which requires that
13 requests for continuances of scheduled hearings via stipulation be made at least seven (7) days before
14 the original hearing date.

16 Dated: August 31, 2011                Lawyers for Clean Water, Inc.

17                                       By:   /s/Daniel Cooper
18                                       Daniel Cooper
                                         Attorneys for Plaintiffs

20 Dated: August 31, 2011                Downey Brand LLP

21                                       By:   /s/Nicole Granquist
22                                       Nicole Granquist
                                         Attorney for Defendant
23                                       City of Colfax

Stipulation to Extend Further Status Conference; Order   - 1 -    Civil Case No.: 07-CV-02153-GEB-EFB

**ORDER**

In accordance with Local Rule 230(f), the parties to this action submitted a stipulated request to extend the hearing date on the Quarterly Status Conference from September 7, 2011 to September 14, 2011.

Having considered the parties' stipulated request, and GOOD CAUSE SHOWING, the Court hereby grants the stipulated request, and extends the hearing date on the Quarterly Status Conference to September 14, 2011 at 10:00 a.m. in Courtroom No. 24.

IT IS SO ORDERED.

DATED: August 31, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE