Daniel Cooper (Bar No. 153576)
Caroline Koch (Bar No. 266068)
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: daniel@lawyersforcleanwater.com
       caroline@lawyersforcleanwater.com

Attorneys for Plaintiffs
Allen and Nancy Edwards and Environmental Law Foundation

DOWNEY BRAND LLP
NICOLE E. GRANQUIST (Bar No. 199017)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
ngranquist@downeybrand.com

Attorneys for Defendant
CITY OF COLFAX

*Additional Plaintiffs counsel of record listed below*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN EDWARDS, an individual; NANCY EDWARDS, an individual; and ENVIRONMENTAL LAW FOUNDATION, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF COLFAX, a municipal corporation,<br><br>Defendant. | Civil Case No.: 07-CV-02153-GEB-EFB<br><br>**STIPULATION TO EXTEND HEARING DATE OF QUARTERLY STATUS CONFERENCE; ORDER**<br><br>Magistrate Judge Edmund F. Brennan<br><br>Hearing Date: September 7, 2011<br>Time: 10:00 AM<br>Courtroom: 24 |

Lynne Saxton (Bar No. 226210)

ENVIRONMENTAL LAW FOUNDATION
1736 Franklin Street, 9th Floor
Oakland, California 94612
Telephone: (510) 208-4555
Facsimile: (510) 208-4562
Email: lsaxton@envirolaw.org

Attorneys for Plaintiffs
Environmental Law Foundation

Donald B. Mooney (Bar No. 153721)
LAW OFFICE OF DONALD B. MOONEY
129 C Street, Suite 2
Davis, California 95616
Telephone: (530) 758-2377
Facsimile: (530) 758-7169
Email: dbmooney@dcn.org

Attorney for Plaintiffs
Allen and Nancy Edwards

Plaintiffs Allen Edwards and Nancy Edwards and Environmental Law Foundation (collectively "Plaintiffs") and Defendant City of Colfax ("Colfax") hereby stipulate to extend the date for the Quarterly Status Conference from September 7, 2011 to September 14, 2011.

The Quarterly Status Conference in the above-captioned matter was initially scheduled for August 31, 2011. *See* Civil Minutes, Dkt. No. 148. On August 29, 2011, the Court issued a minute order continuing the Quarterly Status Conference to September 7, 2011. *See* Minute Order, Dkt. No. 153. Due to Plaintiffs' counsel's professional scheduling conflicts the parties stipulate to extend the hearing date on the Quarterly Status Conference from September 7, 2011 to September 14, 2011. The parties submitted supplemental status reports on August 24, 2011 pursuant to the Court's order. *See* Civil Minutes, Dkt. No. 148; Plaintiffs' Supplemental Status Report, Dkt. No. 151; Defendant's Supplemental Status Report, Dkt. No. 152.

Plaintiffs and Colfax submit this stipulation pursuant to Local Rule 230(f), which requires that requests for continuances of scheduled hearings via stipulation be made at least seven (7) days before the original hearing date.

Dated: August 31, 2011                    Lawyers for Clean Water, Inc.

                                          By:   /s/Daniel Cooper
                                          Daniel Cooper
                                          Attorneys for Plaintiffs


Dated: August 31, 2011                    Downey Brand LLP

                                          By:   /s/Nicole Granquist
                                          Nicole Granquist
                                          Attorney for Defendant
                                          City of Colfax

Stipulation to Extend Further Status Conference; Order    - 1 -    Civil Case No.: 07-CV-02153-GEB-EFB

**ORDER**

In accordance with Local Rule 230(f), the parties to this action submitted a stipulated request to extend the hearing date on the Quarterly Status Conference from September 7, 2011 to September 14, 2011.

Having considered the parties' stipulated request, and GOOD CAUSE SHOWING, the Court hereby grants the stipulated request, and extends the hearing date on the Quarterly Status Conference to September 14, 2011 at 10:00 a.m. in Courtroom No. 24.

IT IS SO ORDERED.

DATED:  August 31, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE