DOWNEY BRAND LLP
NICOLE E. GRANQUIST (Bar No. 199017)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile:  (916) 444-2100
ngranquist@downeybrand.com

Attorneys for Defendant
CITY OF COLFAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN EDWARDS, an individual; NANCY EDWARDS, an individual; and ENVIRONMENTAL LAW FOUNDATION, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF COLFAX, a municipal corporation,<br><br>Defendant. | Civil Case No.:  2:07-CV-02153-GEB-EFB<br><br>**ORDER RE COMPLETION OF ACTIONS REQUIRED BY NOVEMBER 2010 ORDER** |

**WHEREAS**, on or about November 2, 2010, this Court entered an Order Re: Compliance with Settlement Agreement (Docket No. 113) ("Nov. 2010 Order") requiring Defendant City of Colfax ("City") to undertake specified actions;

**WHEREAS**, the Nov. 2010 Order requires the City to submit specified monthly reports to the Court and to Plaintiffs (¶ 28), and requires the parties to participate in quarterly status conferences and related reports (¶ 25), until the actions required by the Nov. 2010 Order are completed;

**WHEREAS**, the City has completed all actions required by the Nov. 2010 Order;

**WHEREAS**, no further need exists for monthly reports or quarterly status conferences to continue pursuant to the Nov. 2010 Order;

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that

(1) Defendant City of Colfax ("City") has completed all actions required by the November 2, 2010 Order Re: Compliance with Settlement Agreement ("Nov. 2010 Order");

(2) No further monthly reporting is required by the City pursuant to paragraph 28 of the Nov. 2010 Order; and

(3) No further quarterly status conferences, or related joint status reports, are required pursuant to paragraph 25 of the Nov. 2010 Order.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

Dated: January 23, 2013

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE