1  DOWNEY BRAND LLP
   NICOLE E. GRANQUIST (Bar No. 199017)
2  621 Capitol Mall, 18th Floor
   Sacramento, CA  95814-4731
3  Telephone: (916) 444-1000
   Facsimile:  (916) 444-2100
4  ngranquist@downeybrand.com

5  Attorneys for Defendant
   CITY OF COLFAX
6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10 | ALLEN EDWARDS, an individual; NANCY | Civil Case No.:  2:07-CV-02153-GEB-EFB
   | EDWARDS, an individual; and
11 | ENVIRONMENTAL LAW FOUNDATION, a
   | non-profit organization,                  | **ORDER RE COMPLETION OF**
12 |                                            | **ACTIONS REQUIRED BY NOVEMBER**
   |                                            | **2010 ORDER**
13 |                 Plaintiffs,

14 |        v.

15 | THE CITY OF COLFAX, a municipal corporation,

16 |                 Defendant.

17

18       **WHEREAS**, on or about November 2, 2010, this Court entered an Order Re: Compliance

19 with Settlement Agreement (Docket No. 113) ("Nov. 2010 Order") requiring Defendant City of

20 Colfax ("City") to undertake specified actions;

21       **WHEREAS**, the Nov. 2010 Order requires the City to submit specified monthly reports

22 to the Court and to Plaintiffs (¶ 28), and requires the parties to participate in quarterly status

23 conferences and related reports (¶ 25), until the actions required by the Nov. 2010 Order are

24 completed;

25       **WHEREAS**, the City has completed all actions required by the Nov. 2010 Order;

26       **WHEREAS**, no further need exists for monthly reports or quarterly status conferences to

27 continue pursuant to the Nov. 2010 Order;

28

                                        1

1    **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that

2    (1)     Defendant City of Colfax ("City") has completed all actions required by the

3            November 2, 2010 Order Re: Compliance with Settlement Agreement ("Nov. 2010

4            Order");

5    (2)     No further monthly reporting is required by the City pursuant to paragraph 28 of

6            the Nov. 2010 Order; and

7    (3)     No further quarterly status conferences, or related joint status reports, are required

8            pursuant to paragraph 25 of the Nov. 2010 Order.

9    IT IS SO ORDERED.

10                                   UNITED STATES DISTRICT COURT FOR THE
                                     EASTERN DISTRICT OF CALIFORNIA
11

12

13   Dated:  January 23, 2013
                                     EDMUND F. BRENNAN
14                                   UNITED STATES MAGISTRATE JUDGE

2